# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>ABELARDO DOMINGUEZ-LOPEZ,<br>AKA, ABEL LOPEZ-GUTIERREZ,<br><br>　　Defendant | Case No. 18-CR-04860-AJB<br><br>**ORDER AND JUDGMENT GRANTING MOTION TO DISMISS WITHOUT PREJUDICE** |

IS HEREBY ORDERED that the United States' and Defendant's Joint Motion to Dismiss the charges under the above-referenced case number currently pending against the Defendant, ABEL LOPEZ-GUTIERREZ, be granted. The dismissal is without prejudice.

**IT IS SO ORDERED.**

Dated: April 4, 2019

_____
Hon. Anthony J. Battaglia
United States District Judge